Canales Sanchez v. Harris

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of January, two thousand thirteen.

PRESENT:
>
> RALPH K. WINTER,
> ROSEMARY S. POOLER,
> DENNY CHIN,
> *Circuit Judges.*

_____

LUIS A. CANALES SANCHEZ,

>
> *Plaintiff-Appellant*,

v.                 11-5333

HARRIS, CORRECTION OFFICER, #1261,
HOLMES, CAPTAIN, #295,

>
> *Defendants-Appellees*.

_____

For Appellant:           LUIS A. CANALES SANCHEZ, *pro se*, Attica, NY.

For Appellees:           RONALD E. STERNBERG, Of Counsel, Corporation Counsel of the City of New York (Michael A. Cardozo, Corporation Counsel, Leonard Koerner, Of Counsel, *on the brief*), New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Jones, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Luis A. Canales Sanchez, proceeding *pro se*, appeals from the district court's judgment entered on December 15, 2011, following an order adopting Magistrate Judge Michael H. Dolinger's August 5, 2011 report and recommendation and granting the motion of Appellees Correction Officer Harris and Captain Holmes to enforce an oral settlement agreement as to Canales Sanchez's action, filed pursuant to 42 U.S.C. § 1983. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

This Court reviews decisions on whether a settlement is binding *de novo* as to legal conclusions, and for clear error as to factual determinations. *See Ciaramella v. Reader's Digest Ass'n, Inc.*, 131 F.3d 320, 322 (2d Cir. 1997). After an independent review of the record and relevant case law, we affirm for substantially the reasons stated in Magistrate Judge Dolinger's thorough report and recommendation.

We have considered all of Canales Sanchez's arguments and find them to be without merit. Accordingly, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2